IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SANCHEZ, | CIV F 04 6019 REC DLB P |
| Plaintiff, | THIRD ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |
| vs. | |
| CAPT. HARTLEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 13, 2004, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $150.00 filing fee. On January 14, 2005, the court re-served its August 13, 2004 order.  On April 29, 2005, plaintiff submitted an application to proceed in forma pauperis and a copy of his prison trust account statement. However, plaintiff's application was not complete, and did not include page one of the application. Additionally, the copy of plaintiff's trust account statement was not a certified copy and did not include the entire six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915.

Plaintiff shall be given a final opportunity to submit complete documents as ordered by the court.  Pursuant to Local Rule 11-110, failure to comply with this order will result in a

recommendation that this action be dismissed for failure to obey a court order.  Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

      2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $150 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   May 12, 2005**                       **/s/ Dennis L. Beck**
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE