UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO SANCHEZ, | ) | 1: 04 CV F 6019 REC DLB P |
| Plaintiff, | ) | ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | ) | |
| HARTLEY, et al., | ) | (DOC # 16) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se. Plaintiff has filed a civil rights complaint and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On October 24, 2005, plaintiff filed a document in which he states that he wishes to dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with the complaint, thus they have not filed an answer or other responsive pleading.

Accordingly:

///

///

1. This action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated: June 1, 2006**                          /s/ Robert E. Coyle
668554                                           UNITED STATES DISTRICT JUDGE